UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>JAMES WALTER WATTS,<br><br>    Defendant | Case No.: 12- cr- 270 (YGR)<br><br>**PRETRIAL ORDER** |

Having considered the filings to date and the arguments and other submissions at the Pretrial Conference, for good cause shown the Court enters the following orders:

1. **Trial Date and Schedule:** The trial of this matter is scheduled for October 29, 2012, beginning at 8:30 a.m. in Courtroom 5 of the above-referenced Court. Counsel shall arrive in Court early enough to proceed with evidence by 8:30 a.m. Trial schedule will be generally as follows, Monday through Thursday, from 8:30 a.m. to 1:30 p.m. with two fifteen minute breaks.

Additional time may be scheduled for matters outside the presence of the jury as necessary and determined by the Court. Side bars are not permitted. Counsel should be prepared to anticipate issues so that they may be addressed outside of normal trial hours.

2. **Pre-Trial Conference and Local Rule 17.1-1:** A pre-trial conference shall be held on Friday, October 12, 2012 at 9:00 a.m. The parties shall comply with Local Rule 17.1-1(b) and file a pretrial conference statement not less than seven (7) days prior to the pretrial conference addressing all fifteen (**15)** issues identified therein.

3.   **Motions in Limine:**  Not less than fourteen (14) days prior to the pre-trial conference, the parties shall serve, **but not file,** motions in limine.  Not less than ten (10) days prior to the pre-trial conference, the parties shall serve, **but not file,** any oppositions thereto.  The parties shall then meet and confer to resolve the motions.  Any motions not resolved shall be filed not less than seven (7) days prior to the pre-trial conference.  The parties shall submit a JOINT CHAMBERS organized with each motion and the respective opposition. The proponent of the motion shall also submit a COMPREHENSIVE and proposed form of order summarizing each motion and the requested relief.

Court hereby orders that witnesses shall be excluded until testimony is completed.  Parties are ordered to admonish witnesses of the Court's rulings.  Failure to comply with a ruling by the Court may result in sanctions, including without limitation the striking of the witness's entire testimony.

4.   **Exhibits and Exhibit Lists:**  No witness may be shown any document or other object until it has been marked for identification using an exhibit number.  Further, the jury may not be shown any exhibits until admitted into evidence or stipulated by the parties as to admissibility without the express permission of the Court.  To the extent agreed upon, the parties shall file Exhibit Lists identifying those for which a stipulation of admissibility exists.

5.   **Requests for Transcripts:**  If transcripts will be requested during or immediately after the trial, arrangements must be made with the Court Reporter Coordinator (Telephone No. 510-637-3534) **at least** one week prior to the commencement of the trial.

**IT IS SO ORDERED.**

Date: August 6, 2012

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

2